UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETTY R. SYLVESTRE,

    Plaintiff,

v.                                                Case No. 6:19-cv-1375-Orl-37GJK

CAPITAL ACCOUNTS LLC.,

    Defendant.
_____

## ORDER

On August 6, 2019, the Court issued its standard Related Case Order. (Doc. 7 ("**RCO**").) Among other things, the RCO directs each party to file a Notice of Pendency of Other Actions within fourteen days. (Doc. 7, p. 1.) To date, Plaintiff has failed to file a Notice of Pendency of Other Actions, even though the deadline has passed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before Wednesday, **September 18, 2019,** Plaintiff is **DIRECTED** to file a Notice of Pendency of Other Actions that complies with the Court's order (Doc. 7).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 6, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party